# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------------X

LEONARD BROCKINGTON,

                Plaintiff,                    22 **CIVIL** 6666 (LJL)

   -against-                              **<u>JUDGMENT</u>**

DOLLAR GENERAL CORPORATION.

                Defendant.

-----------------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated February 13, 2025, Defendant's motion for summary judgment is GRANTED. Plaintiff's motion for class certification is DENIED as moot. Defendant's motion to strike is DENIED as moot. Accordingly, the case is closed.

**Dated:** New York, New York

      February 13, 2025

                                                **TAMMI M. HELLWIG**
                                                   **Clerk of Court**

                       **BY:**
                                                   **Deputy Clerk**